DELOS McCURDY et al., as Executors, etc., of LEWIS H. LIV-
INGSTON, Deceased, Appellants, *v.* THE NEW YORK LIFE
INSURANCE AND TRUST COMPANY et al., Respondents.

*McCurdy* v. *N. Y. L. Ins. & Trust Co.*, 83 Hun, 612, affirmed.
(Argued January 26, 1897; decided February 9, 1897.)

APPEAL from a judgment of the General Term of the
Supreme Court in the first judicial department, entered
December 19, 1894, which affirmed a judgment in favor of
defendants entered upon a decision of the court on trial at
Special Term.

*Delos McCurdy* for appellants.

*Robert E. Robinson* and *John L. Cadwalader* for
respondents.

Judgment affirmed, with costs, on opinion below on first
appeal, reported 36 N. Y. St. Rep. 566.

All concur.

———

THOMAS TINSLEY, Appellant, *v.* LOUISA A. JEMISON, as Execu-
trix of ELBERT S. JEMISON, Respondent.

Reported below, 11 App. Div. 623.
(Argued February 1, 1897; decided February 9, 1897.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second judi-
cial department, entered December 8, 1896, which affirmed a
judgment in favor of defendant entered upon a decision of
the court dismissing the complaint on trial at Special Term.

The motion was made on the ground that the decision of the
Appellate Division was unanimous, and that the evidence sup-
ports or tends to sustain the findings of fact made by the trial
judge.

*Luke O. Lockwood* and *John L. Hill* for motion.

*Frederic A. Ward* opposed.

Motion denied, with ten dollars costs.